O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAZANJIAN BROS., INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>NEILA JAZIRI; NEILA VINTAGE & DESIGN; ART WORLD,<br><br>  Defendants. | Case No. CV 14-05625 DDP (ASx)<br><br>ORDER STRIKING ART WORLD'S ANSWER AND COUNTERCLAIM |

   The ANSWER AND COUNTERCLAIM of defendant ART WORLD are hereby STRICKEN [see docket entry number 28]

IT IS SO ORDERED.

Dated: September 24, 2015

_____
DEAN D. PREGERSON
United States District Judge